# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| James L. Bond, | : | |
| Petitioner, | : | Case No. C1 02 451 |
| v. | : | Judge Beckwith |
| Anthony Brigano, Warden, | : | Magistrate Judge Sherman |
| Respondent. | : | |

## NOTICE OF CHANGE OF ADDRESS

Assistant Attorney General Stuart A. Cole, counsel for Respondent, hereby gives notice to the Court and Petitioner of the change of his office address. The new address is reflected below and is effective immediately.

Respectfully submitted,

JIM PETRO (0022096)
Attorney General

/s/Stuart A. Cole
STUART A. COLE (0020237)
Assistant Attorney General
Corrections Litigation Section
150 E. Gay St., 16th Floor
Columbus, Ohio 43215-6001
(614) 644-7233
(614) 728-9327 (Fax)
scole@ag.state.oh.us

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Notice of Change of Address** was forwarded to Petitioner, James L. Bond, #372-649 at Hocking Correctional Institution, P.O. Box 59, Nelsonville, Ohio 45764-0059 by regular U.S. mail this 20th day of October, 2003.

/s/Stuart A. Cole
STUART A. COLE
Assistant Attorney General