**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _[signature]_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): _[illegible]_
C. Date of Delivery: 7/13/04

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:
   James Bond
   A 372-649
   Lebanon Correctional
   Box 56
   Lebanon, Oh 45036

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0008 6348 6717

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

• Sender: Please print your name, address, and ZIP+4 in this box •

```
       OF THE CLERK
    DISTRICT COURT
    U. S. Courthouse
    alnut Streets
   nati, Ohio 45202
```

202/3376    S.S.B    #7  02-451